UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cr-00128-JRO-MG |
| | ) | |
| RICHARD WATKINS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS

This matter is before the Court on a motion to dismiss filed by Defendant Richard Watkins.  Dkt. [30].  Watkins faces four charges: (1) possession with intent to distribute a controlled substance (methamphetamine) in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A); (2) possession with intent to distribute a controlled substance (fentanyl) in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C); (3) possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A); and (4) possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1).  Dkt. 1.

Watkins moves to dismiss only Count 4 of the indictment, arguing that "Section 922(g)(1) violates the Second Amendment on its face."  Dkt. 30 at 1.  He does not challenge Section 922(g)(1) as applied to him.  *See id.*; *see also* dkt. 37 at 2 ("Watkins did not present an as-applied challenge.").  The parties thoroughly briefed the motion, dkts. 31 & 35, but while the motion was under advisement, the Seventh Circuit made the issue very simple: Section 922(g)(1) "is valid in many applications and cannot be declared unconstitutional 'on its face.'"  *United*

*States v. Prince,* --- F.4th ---, No. 23-3155, 2026 WL 905432, at *2 (7th Cir. Apr. 2, 2026); *see also United States v. Watson,* --- F.4th ---, No. 24-2432, 2026 WL 905433, at *11 (7th Cir. Apr. 2, 2026) ("Section 922(g)(1)'s disarmament of dangerous felons is constitutional under the Second Amendment."); *Karwacki v. Kaul,* --- F.4th ---, No. 25-2361, 2026 WL 905431, at *2 (7th Cir. Apr. 2, 2026) ("*Prince* and *Watson* reject contentions that § 922(g)(1) is invalid on its face . . . .").

The parties agree. Dkts. 37 & 38. In supplemental briefing, Watkins "would concede that in light of the decision in *United States v. Prince* the law in this circuit is now against his challenge to the constitutionality of 18 USC 922(g)(1). This is further supported by the Seventh Circuit's decisions in *United States v. Watson* and *Karwacki v. Kaul.*" Dkt. 37 at 2. Watkins does not withdraw his motion given the Seventh Circuit's recent precedent but "stand[s] on his motion at this time in order to preserve the matter should the Supreme Court overrule or modify the decision in *United States v. Prince* as to the constitutionally of 18 USC 922(g)(1)." *Id.* at 2–3. His position is duly noted.

For the foregoing reasons, the Court **DENIES** Watkins's motion to dismiss, dkt. [30].

**SO ORDERED.**

Date: 4/22/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

2

Distribution:

Joseph Martin Cleary
INDIANA FEDERAL COMMUNITY DEFENDERS
joe_cleary@fd.org

Christina Caraballo-Colon
DOJ-USAO
christina.caraballo.colon@usdoj.gov

Lindsay E. Karwoski
DOJ-USAO
lindsay.karwoski@usdoj.gov

3